UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEVONTEA ROSEMON,<br>BOBBY COLLINS,<br><br>　　　　　Defendants. | NO. CR16-195RSL<br><br>ORDER |

The Court has considered the stipulated motion filed by the government and defendants DEVONTEA ROSEMON and BOBBY COLLINS, by and through their undersigned attorneys, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B), requesting a continuance of the trial in this case.

THE COURT FINDS, for all of the reasons set forth in the motion, that continuing the trial in this case is necessary to allow defense counsel the reasonable time necessary to investigate the case and to effectively prepare for trial and the filing of pre-trial motions, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, considering the complexity of this case due to the nature of the prosecution and the charges contained in the Indictment, that the failure

Order - 1

to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(7)(B)(i).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C.§3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendants in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until January 9, 2017, and that the period of time from the date of this Order, up to and including the new trial date, shall be excludable time under 18 U.S.C.§3161(h)(7)(A); and

IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this case shall be November 7, 2016.

DATED this 18th day of August, 2016.

Robert S. Lasnik
United States District Judge

s/Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-3903
Telephone:   (206) 553-2636
Fax:              (206) 553-4440
E-mail:          Todd.Greenberg4@usdoj.gov

Order - 2

1
2
3   /s Paula Deutsch (per approval)
    PAULA DEUTSCH
4   Counsel for Devontea Rosemon
5
6   /s Thomas W. Hillier (per approval)
7   THOMAS W. HILLIER
    Counsel for Bobby Collins
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  Order - 3
28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970