UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVONTEA ROSEMON,<br><br>Defendant. | No. CR16-195 RSL<br><br>ORDER GRANTING EMERGENCY UNOPPOSED MOTION PURSUANT TO FED. R. CRIM. P. 38(b)(2) FOR RECOMMENDATION THAT DEFENDANT BE CONFINED IN THE WESTERN DISTRICT OF WASHINGTON AT FDC SEATAC |

Pursuant to Federal Rules of Criminal Procedure 38(b)(2), the Court hereby recommends to the Attorney General and to the Bureau of Prisons that Devontea Rosemon be confined at the Federal Detention Center (FDC) at SeaTac for a reasonable period of time so that he may assist with his appeal. The deadline for the opening brief on appeal is June 14, 2017. The Court recommends that Mr. Rosemon be kept at FDC SeaTac at least until that date.

DATED this 6th day of April 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

for

ROBERT S. LASNIK
UNITED STATE DISTRICT JUDGE

Presented by:

s/ *Vicki Lai*
Assistant Federal Public Defender
Attorney for Devontea Rosemon

ORDER GRANTING EMERGENCY
UNOPPOSED MOTION FOR
RECOMMENDATION OF CONFINEMENT IN
THE WESTERN DISTRICT OF WASHINGTON
(*Devontea Rosemon*, CR16-195-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100