The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DEVONTEA ROSEMON, <br> Defendant. | NO. CR16-195 RSL <br><br> **ORDER CONTINUING TERMS OF SUPERVISION** |

The Court having found, based on Mr. Rosemon's admission to Violations 1 and 2, that he has violated the terms of his supervised release, HEREBY ORDERS that the terms of the defendant's supervision shall remain in full effect and force, with all the previous terms of supervised release and the below modification of the mental health treatment condition:

> You must undergo a mental health evaluation as directed by the probation officer and, if recommended by a licensed/certified treatment provider, participate as directed in an outpatient mental health treatment program approved by the probation officer. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must contribute towards the cost of any programs, to the extent you are financially able to do so, as determined by the probation officer.

Order Continuing Terms of Supervision
(*United States v Rosemon*, CR16-195 RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     DATED this 17th day of ~~March~~ ~~May~~ April, 2025.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Stephen Hobbs* for
Todd Greenberg
Assistant United States Attorney

Order Continuing Terms of Supervision
(*United States v Rosemon*, CR16-195 RSL) - 2